■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOEL E. GIBBS, Appellant, v NEW YORK STATE BOARD OF PAROLE et al., Respondents. [692 NYS2d 633] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Corning, J. (Appeal from Judgment of Supreme Court, Cayuga County, Corning, J.—Habeas Corpus.) Present—Green, J. P., Pine, Wisner, Hurlbutt and Balio, JJ.